## MOQUIN v. MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RAILWAY COMPANY.[1]

August 8, 1930.

No. 28,214.

*John E. Palmer, James L. Hetland* and *Fryberger, Fulton & Boyle,* for appellant.

*Davis, Michel & Yaeger* and *Swanson, Swanson & Swanson,* for respondent.

PER CURIAM.

The appeal is from a judgment. The case was here before and our opinion filed June 27, 1930. 181 Minn. 56, 231 N. W. 829. The questions involved upon this appeal are the same as those involved in the former appeal, and for the reasons given in the previous opinion and upon authority of that opinion the judgment from which this appeal was taken is affirmed.

[1]Reported in 231 N. W. 920.